UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DERRICK SCOTT, 26724-044 | § | |
| Plaintiff, | § | |
| v. | § | No. 3:12-CV-3031-B |
| | § | |
| CYNTHIA GODBOLD and JOHN O'BRIEN, | § | |
| Defendants. | § | |

**ORDER ADOPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the objections to the Findings and Recommendation of the United States Magistrate Judge, filed October 3, 2012, and after conducting a *de novo* review of those parts of the Findings and Recommendation to which objections have been made, I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings of the Court.

**SIGNED** November 9, 2012

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE